# Court of Appeals, State of Michigan

## ORDER

People of MI v Marvin Keith Branbury

Docket No.   319058

LC No.   13-006785-01 FH

Elizabeth L. Gleicher
Presiding Judge

Mark J. Cavanagh

Karen M. Fort Hood
Judges

The Court orders that the prosecution's motion for rehearing is GRANTED in part. In lieu of a rehearing, we REMAND to the trial court for an evidentiary hearing to determine what oath was given to the jury.   The opinion issued by this Court dated March 17, 2015, is hereby vacated.  We retain jurisdiction.

Proceedings on remand in this matter shall commence within 56 days of the Clerk's certification of this order, and they shall be given priority on remand until they are concluded.  The proceedings on remand are limited to determination of what oath was given to the jury before trial.

The parties shall promptly file with this Court a copy of all papers filed on remand. Within seven days after entry, appellant shall file with this Court copies of all orders entered on remand.

The transcript of all proceedings on remand shall be prepared and filed within 21 days after completion of the proceedings.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

APR 2 4 2015

_____
Date

_____
Chief Clerk